UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GLENN M. HILL**                                                   **CIVIL ACTION**

versus                                                              **NO. 12-369**

**ROBERT TANNER, WARDEN**                                           **SECTION: "C" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.[1]  Accordingly,

**IT IS ORDERED** the unopposed motions to amend, Rec. Docs. 13 and 14, are **GRANTED**.

**IT IS FURTHER ORDERED** that the federal petition of **Glenn M. Hill** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1]This Court acknowledges that the Magistrate Judge did not specifically address petitioner's other complaints regarding ineffective assistance of counsel but finds those also insufficient to overcome the extraordinarily generous plea offer ultimately accepted by the Petitioner.